# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| N. FLORA MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Docket no. 2:12-cv-136-NT |
| GMRI, INC., D/B/A THE OLIVE GARDEN, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 19, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The Plaintiff filed a letter and attachments, deemed an objection to the Magistrate Judge's Recommended Decision on July 2, 2012. I have reviewed and considered the Recommended Decision together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's suit is dismissed without prejudice to either party's right to enforce an arbitration award.

**SO ORDERED**.

/s/ Nancy Torresen
United States District Judge

Dated this 26th day of July, 2012.